U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2022

**BY ECF and E-MAIL**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York, 10007



Re:   United States v. Esteban Cabrera de Corte, et al., S1 22 Cr. 437 (KPF)

Dear Judge Failla:

Defendants Esteban Cabrera da Corte, a/k/a "Esteban Cabrera," a/k/a "Esteban da Corte," a/k/a "Steban," Luis Hernandez Gonzalez, a/k/a "Luis Hernandez," a/k/a "Luisito," and Asdrubal Ramirez Meza (collectively, the "Defendants") were arrested pursuant to arrest warrants issued in connection with the above-referenced on Tuesday, August 23, 2022. Ramirez was presented in the Southern District of Florida on August 23, 2022; Cabrera and Hernandez were presented in the Southern District of Florida the following day. The Defendants have been released on bond with conditions.

The Government respectfully requests that the Court schedule an initial pretrial conference for Thursday, September 15, 2022 at 3:30 pm, which we understand to be a time that is convenient for the Court based on our correspondence with Your Honor's Chambers.

Because the defendants and their counsel reside in Florida, and because we understand that one or more of the Defendants may have limited financial resources, we respectfully request that the initial conference be conducted by videoconference or telephone conference.

The Government further requests that the Court exclude time between today and the date the Court schedules the initial conference, pursuant to 18 U.S.C. § 3161(h)(7). The Government submits that the ends of justice served by the exclusion outweigh the best interest of the public and

the Defendants in a speedy trial, as that time will permit the Government to collect and prepare discovery for production.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney


       by:   /s/
             Emily Deininger
             Assistant United States Attorney
             (212) 637-2472


The Court is in receipt of the Government's above letter.  The parties are hereby ORDERED to appear for an arraignment on **September 15, 2022, at 3:30 p.m.**  The conference will proceed by Microsoft Teams.  The Court will provide access instructions, as well as a public dial-in number, closer to the conference.

Additionally, it is further ORDERED that time is excluded under the Speedy Trial Act between **September 2, 2022,** and **September 15, 2022.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial because it will permit the Government to collect and prepare discovery for production and allow Defendants to review that discovery.

The Clerk of Court is directed to terminate the motion at docket entry 14.


Dated:  September 2, 2022       SO ORDERED.
       New York, New York

                                      *[signature]*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE