UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Esteban Cabrera da Corte, et al.,<br><br>*Defendants.* | **Protective Order**<br><br>**22 Cr. 437 (KPF)** |

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

1. **Disclosure Material.** The Government has made and will make disclosure to the defendants of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. §3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "disclosure material." The Government's disclosure material may include material that (i) affects the privacy, confidentiality and business interests of individuals; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; and (iv) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

**NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

1. Disclosure material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any disclosure

material on any Internet site or network site to which persons other than the parties hereto have access, and shall not disclose any disclosure material to the media or any third party except as set forth below.

2. Disclosure material may be disclosed by counsel to:

(a) The defendants;

(b) Personnel for whose conduct counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action; and

(b) Prospective witnesses for purposes of defending this action.

3. The Government may authorize, in writing, disclosure of disclosure material beyond that otherwise permitted by this Order without further Order of this Court.

4. This Order does not prevent the disclosure of any disclosure material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1.

7. Except for disclosure material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all disclosure material, including the seized ESI disclosure material, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; or the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later. If disclosure material is provided to any prospective witnesses, counsel shall make reasonable efforts to seek the return or destruction of such materials.

9. This Order places no restriction on a defendant's use or disclosure of ESI that originally belonged to the defendant.

## Retention of Jurisdiction

10. The provisions of this order shall not terminate at the conclusion of this criminal case.

*****

[This section intentionally left blank.]

3

prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____     Date: 09/18/2022
Emily Deininger
Assistant United States Attorney

_____     Date: Sept 13/22
Oscar S. Rodriguez, Esq.
Counsel for Esteban Cabrera da Corte

_____     Date: _____
Bijan Parwaresch, Esq.
Counsel for Luis Hernandez Gonzalez

_____     Date: _____
Michael Martin, Esq.
Counsel for Asdrubal Ramirez Meza

4

prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____        Date: _____
    Emily Deininger
    Assistant United States Attorney


_____             Date: _____
Oscar S. Rodriguez, Esq.
Counsel for Esteban Cabrera da Corte

_____             Date: 9/15/22
Bijan Parwaresch, Esq.
Counsel for Luis Hernandez Gonzalez


_____             Date: _____
Michael Martin, Esq.
Counsel for Asdrubal Ramirez Meza

4

prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____          Date: _____
   Emily Deininger
   Assistant United States Attorney


   _____          Date: _____
   Oscar S. Rodriguez, Esq.
   Counsel for Esteban Cabrera da Corte


   _____          Date: _____
   Bijan Parwaresch, Esq.
   Counsel for Luis Hernandez Gonzalez

   *[signed]*                               Date: 9/19/2022
   Michael Martin, Esq.
   Counsel for Asdrubal Ramirez Meza


Dated:   September 22, 2022          SO ORDERED.
         New York, New York

                                     *[signed]* Katherine Polk Failla

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE

4