UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States of America<br>Plaintiff, | Case no. 22-cr-437-KPF |
| -against |  |
| Esteban Cabrera da Corte<br>Defendant. | **ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Oscar S. Rodriguez, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and that his contact information is as follows:

> Applicant's Name: Oscar S. Rodriguez
>
> Firm Name: Law Offices of Oscar S. Rodriguez
>
> Address: 4500 S Le Jeune Road
>
> City/State/Zip: 33146. Coral Gables, Florida.
>
> Telephone/Fax:  305 445 2000/ 305 799 9065
>
> Email: osrlaw@aol.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel of Esteban Cabrera da Corte in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  September 22, 2022
           New York, New York

_____
United States District Judge