UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>ESTEBAN CABRERA DA CORTE, LUIS HERNANDEZ GONZALEZ, and ASDRUBAL RAMIREZ MESA,<br><br>Defendants. | 22 Cr. 437 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    As discussed at the February 15, 2023 conference, the parties are directed to comply with the following briefing schedule: Defendants' pretrial motions shall be due on **March 31, 2023**. The Government shall submit its opposition, if any, on or before **May 1, 2023**. Defendants' shall submit their replies on or before **May 15, 2023**. The Court will hear oral argument on the motions on **May 24, 2023, at 11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

    It is further ORDERED that time is excluded under the Speedy Trial Act between February 15, 2023, and May 24, 2023. As explained at today's conference, the Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare pretrial motions and will permit the parties to discuss a pretrial disposition of this matter.

SO ORDERED.

Dated:     February 15, 2023
              New York, New York

                                                  KATHERINE POLK FAILLA
                                                United States District Judge