UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ESTEBAN CABRERA DA CORTE, LUIS HERNANDEZ GONZALEZ, and ASDRUBAL RAMIREZ MESA,<br><br>                    Defendants. | 22 Cr. 437 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Clerk of Court is directed to seal the submission at docket entry 37, viewable only to Mr. Asdrubal Ramirez Mesa and the Court.

    SO ORDERED.

Dated:    February 23, 2023
             New York, New York

                                                                   KATHERINE POLK FAILLA
                                                                    United States District Judge