

*United States Attorney*
*Southern District of New York*

March 13, 2023

The Honorable Katherine Polk Failla United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Esteban Cabrera da Corte, et al., 22 Cr. 437 (KPF)**

With the consent of Assistant United States Attorney Emily Deininger and without the objection of the Pre-Trial Probation Officer Mr. Harry Marcelen, of the Southern District of Florida, the defendant Esteban Cabrera Da Corte through the undersigned counsel, requests a modification of the pre-trial release order as follows:

1. That the defendant Cabrera Da Corte, be permitted to remain out on March 17th, 2023, until midnight to celebrate his birthday with his family.
2. As the result of an allergy that Mr. Da Corte has developed as the result of wearing an ankle bracelet, the Court modifies the wearing of the ankle bracelet to telephonic supervision by his pre-trial probation officer maintaining all curfews and restrictions as presently exists.

Wherefore the defendant will request an order granting the above-requested relief.

Respectfully submitted,
OSCAR S. RODRIGUEZ

4500 South Le Jeune Road
Coral Gables, Florida 33146
Telephone: (305) 445-2000
Email: osrlaw@aol.com

 **/s/  Oscar S. Rodriguez**
        FBN: 194325

SO ORDERED:


Judge Katherine Polk Failla

cc:  Emily Deininger
     Assistant United States Attorney

Application GRANTED. The Clerk of Court is directed to terminate the motion at docket entry 40.

SO ORDERED.

Dated: March 13, 2023
New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE