LAW OFFICES

# OSCAR S. RODRIGUEZ, LLC

4500 LE JEUNE ROAD
CORAL GABLES, FLORIDA 33146
TELEPHONE: (305) 445-2000
FAX (305) 445-9007

August 17th, 2023

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

*Re: U.S v Esteban Cabrera da Corte*
*Case Number: 1:22-cr-00437-KPF-1*

## MOTION TO CONTINUE SENTENCING

Dear Judge Polk Falilla,

    This letter requests that the sentencing presently scheduled for November 2nd, 2023, be continued until November 20th, 2023. The reason for this delay is that I have an opportunity arose to travel to Israel, for my wife and I to visit the Holy Land with my Church group. The opportunity arose as a result of a cancellation, and they allowed the opportunity to travel with the group. The trip schedule is from October 31 to November 10th, but I will be available the following week at any time after that for the sentencing.

    We have discussed the matter with the prosecutor Ms. Emily Deiniger, and she has no objection to the continuance. On behalf of the defendant, who also has no objection, we do hear by wave any time that may affect the speedy trial act.

    This request is being made in good faith and in the interest of justice.

Sincerely,

Oscar S. Rodriguez

SO ORDERED:

Judge Katherine Polk Failla

Application GRANTED. Mr. Cabrera da Corte's sentencing, which is currently scheduled for November 2, 2023, is hereby ADJOURNED to 3:30 p.m. on **November 29, 2023**. Mr. Cabrera da Corte shall file a sentencing submission on or before **November 15, 2023,** and the Government shall file its sentencing submission on or before **November 22, 2023.**

As the Court explained previously (*see* Dkt. #77), it is not necessary to exclude time under the Speedy Trial Act because Mr. Cabrera da Corte has already entered a guilty plea.

The Clerk of Court is directed to terminate the motion at docket entry 81.

Dated:    August 17, 2023
          New York, New York

SO ORDERED.

*Katherine Polk Failla* (signature)

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE