*United States Attorney*
*Southern District of New York*

December 15, 2023

The Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007



*Re: United States v. Esteban Cabrera da Corte, et al., 22 Cr. 437 (KPF)*

### MOTION TO TEMPORARY MODIFY THE CURFEW CONDITIONS

Dear Judge Polk Falilla,

With the consent and no objection of Assistant United States Attorney Emily Deininger, the defendant Esteban Cabrera Da Corte, through the undersigned counsel, requests a temporary modification of the upcoming hours of curfew permitting him to spend the Holidays in a family atmosphere as follows:

1- The defendant, Esteban Cabrera Da Corte, will be permitted to remain out on December 24th as well as December 31st, 2023, until 1:00 am, for purposes of spending the Holidays and having dinner on the 31st.

2- On December 25th, 2023, the defendant will be permitted to be out until 10:00 pm.

3- The defendant did not violate any restrictions of curfew when the bond was imposed and wishes to modify the time on the above dates so that he can spend Holidays with his family, more specifically at his grandfather´s house that lives in Homestead, Florida. Under the regular times, it would be 1 hour and a half drive from Fort Lauderdale to Homestead, where the defendant lives.

The undersigned has discussed the matter with the prosecutor, Ms. Emily Deininger and she has no objection to providing her advice to the pre-trial officer during the requested period.

This request is being made in good faith and in the interest of justice.

    Sincerely,

    OSCAR S. RODRIGUEZ, Esq
    4500 S. LeJeune Road
    Coral Gables, Florida 33146
    Telephone: 305.445.2000
    E-mail: osrlaw@aol.com
    /s/ Oscar S. Rodriguez
    F.B.N. 194325

cc: Emily Deininger
Assistant United States Attorney

```
Application GRANTED.  The Clerk of Court is directed to
terminate the pending motion at docket entry 102.

Dated:    December 18, 2023            SO ORDERED.
          New York, New York
```

    HON. KATHERINE POLK FAILLA
    UNITED STATES DISTRICT JUDGE