*United States Attorney*
*Southern District of New York*

January 23, 2024

The Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007



*Re: United States v. Esteban Cabrera da Corte, et al., 22 Cr. 437 (KPF)*

## MOTION TO DELAY SURRENDER

Dear Judge Polk Falilla,

The defendant respectfully submits this letter requesting a Motion to delay the surrender of the defendant Esteban Cabrera da Corte, which is scheduled for February 1, 2024, at the institution designated by the Bureau of Prisons (BOP). The defendant was sentenced on November 29, 2023, by this Honorable Court to a period of 63 months. At that time, the Court permitted the defendant to surrender to the institution at the above-mentioned date. At the time of the sentence, the Court mentioned that if the Bureau of Prison has not designated the defendant prior to the date of the surrender, to advise the Court and request the Court a motion to delay surrender until the time that the designation by the BOP was completed.

At the present time, there is still no designation of a facility for Mr. Cabrera da Corte; we are requesting a delay in the surrender of the defendant for a period of 30 days for the Bureau of Prisons to complete the designation.

The defendant needs an additional 30 days to finalize his personal and family matters related to where his mother is going to live once he surrenders to the BOP and the legal documentation for the custody of his child.

Wherefore, the defendant requests that the Court enter an order delaying the surrender for the 30 days requested.

This request is being made in good faith and following the directions of the Court.

Respectfully submitted,

OSCAR S. RODRIGUEZ, Esq
4500 S. LeJeune Road
Coral Gables, Florida 33146
Telephone:  305.445.2000
E-mail:  osrlaw@aol.com
/s/ Oscar S. Rodriguez
F.B.N. 194325

SO ORDERED:

Judge Katherine Polk Failla

cc: Emily Deininger
Assistant United States Attorney

Application GRANTED.  Defendant's surrender date is
hereby ADJOURNED to March 1, 2024.

The Clerk of Court is directed to terminate the pending
motion at docket entry 114.

SO ORDERED.

Dated:      January 24, 2024
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE