UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ESTEBAN CABRERA DA CORTE<br><br>Defendant. | 22 Cr. 437-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of the Motion for Return of Property filed under seal by Mr. Esteban Cabrera Da Corte. (Dkt. #144).

The Court orders the Government to file a response to the Motion on or before **December 9, 2024**.

SO ORDERED.

Dated:   November 18, 2024
            New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge