UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ESTEBAN CABRERA DA CORTE,<br><br>Defendant. | 22 Cr. 437-1 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the parties' submissions (Dkt. #144, 146, 147), the Court GRANTS Defendant's motion for return of property (Dkt. #144), and authorizes the release of his property to the person indicated by Mr. Cabrera Da Corte, Rita Da Corte.

The Court ORDERS the Government to facilitate such release of property by providing a copy of this Order to the office currently in possession of that property.

The Clerk of Court is directed to terminate the pending motion at docket entry 144.

SO ORDERED.

Dated: December 12, 2024
New York, New York

KATHERINE POLK FAILLA
United States District Judge